# United States Court of Appeals for the Fifth Circuit

No. 25-30695

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2026
Lyle W. Cayce
Clerk

Felicia Scroggins,

*Plaintiff—Appellant*,

*versus*

City of Shreveport,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CV-1549

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.